UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Trent C. Howard

    v.                          Civil No. 11-cv-553-JL

Catholic Medical Center

**O R D E R**

The case is dismissed.  As the case was not yet filed in state court at the time of the attempted removal, it is not "pending" there.  28 U.S.C. § 1441(a) (limiting removal to "pending" civil actions "brought in a State court").  "It is axiomatic that a case cannot be removed before its inception." Carvalho v. Equifax Info. Servs., LLC, 629 F.3d 876, 885 (9th Cir. 2010); see also 14C Charles Alan Wright et. al, Federal Practice & Procedure § 3731, at 516-17 (4th ed. 2009) ("if no claim has been filed, no action is pending, so removal is premature and will be rejected") (footnote omitted).  The clerk shall close the case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 27, 2012

cc:  Trent C. Howard, pro se
     Mark T. Broth, Esq.